Tiffany T. Chung (SBN 275981)
Tiffany@chunglegal.com
Law Offices of Tiffany Chung
1313 W. 8th Street, 3rd Fl.
Los Angeles, CA 90017
Tel: 310-363-0327
Fax: 888-402-2078

Shawn A. McMillan (SBN 208529)
attyshawn@gmail.com
The Law Offices of Shawn A. McMillan, APC.
4955 Via Lapiz
San Diego, CA 92122
Tel: 858-646-0069

Attorneys for minor V.P.,
CARLOTA GARCIA-PACHUCA and
ANTONIO·PANTOJA-COBIAN

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| V.P., a minor, by and through her guardian ad litem, CARLOTA GARCIA-PACHUCA; ANTONIO·PANTOJA-COBIAN, an individual; CARLOTA GARCIA-PACHUCA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, a public entity; MYESHA WALKER-LILLARD, an individual; ROXANA JIMENEZ, an individual; NICOLE PHILLIPS an individual; LOLITA NUN, an individual; DAWN ABRAM, an individual; MARILYN WARRICK, an individual; KHYLA HOPSON, an individual; | Case No. 3:26-cv-00763-VC<br><br>District Court Judge:<br>Hon. Vince Chhabria<br><br>Magistrate Judge:<br>Hon. Lisa J. Cisneros<br><br>Complaint Filed: 1/23/2026<br><br>**Stipulation to Produce Police Records Subject to Existing Protective Order; Order** |

SHATERRA GRANT, an individual; SENG FONG, an individual; ANGELINA RAMOS, an individual; SIDDIQ MORA, an individual; TASHA KNIGHTEN, an individual; MELISSA FEGURGUR, an individual; MIA BUCKNER-PRESTON, an individual; and DOES 1 through 20, inclusive,

Defendants.

## I. Introduction

On May 20, 2026, Plaintiffs served their records only subpoena on the City of Union City Police Department seeking production of records relating to the “SWAT raid” at the Grisso home as described in the operative complaint as well as other categories of relevant records relating to the events outlined therein.

On June 12, 2026, the City of Union City (the “City”), through its counsel, Erica Gonzalez, Esq., interposed objections to the subpoena and a meet and confer effort ensued. As a result of that effort the parties have reached the following stipulation:

## II. Recitals

Whereas, this Stipulation and Order is entered to facilitate the production of, and protect the confidentiality of records produced by the City in response to Plaintiffs’ subpoena, which may include records and information subject to the California Child Abuse and Neglect Reporting Act ("CANRA"), California Penal Code § 11164 et seq., subject to Court order.

Whereas, the documents requested are currently being withheld due to the nature of ongoing investigations, criminal prosecution and potential privacy/confidentiality concerns; and,

Whereas, there is currently a protective order [Dkt #38] that has been issued in the case such that sensitive records and documents may be produced in the action subject to the terms of said protective order to continue to maintain the confidentiality and privacy of the parties and third parties;

**III. Stipulation**

Now therefore, the parties hereto hereby stipulate and agree that any records delivered pursuant to Plaintiffs' subpoena shall be subject to the terms of the protective order issued in this case as appears at Court Docket Number 38 ("Protective Order [Dkt #38]") and the following restrictions:

1. All records shall be kept confidential and used solely in connection with the preparation and trial of this action subject to the terms of the Protective Order [Dkt #38].
2. Notwithstanding any other provision in the Protective Order [Dkt #38], and in strict compliance with California Penal Code § 11167(d) and federal privacy rules, the City shall redact the following highly sensitive information from all records prior to production:
    a. **Reporting Party Identity:** The name, address, telephone number, employer, and any other identifying information of the person who made the child abuse or neglect report.
    b. **Third-Party Minors:** The names, dates of birth, and identifying information of any minors other than the plaintiff(s) or minors directly involved as parties in this action.
    c. **Personal Identifiers:** Social Security numbers, driver's license numbers, and financial account numbers of any individual.
3. If any Party wishes to file or submit to the Court any CANRA Records (or briefs/memoranda containing information derived directly from them), the Party must comply with the applicable Local Rules for filing documents under seal.

4. Within sixty (60) days after the final disposition of the litigation as defined by Section 4 of the Protective Order [Dkt #38], all records produced under this Order—including all copies, digests, extracts, or compilations thereof—shall either be returned to the Producing Party or destroyed.
5. Nothing herein abrogates, diminishes, or acts as a waiver of the Plaintiffs'/Propounding Parties' right(s) to move the Court for an order directing the City/Producing party to produce unredacted records.

IT IS SO STIPULATED:

Dated: 08/27/2026

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
By: *<u>/S/Michael Wenzel</u>*
Michael Wenzel
Ilana Kohn
Attorneys for Defendants
COUNTY OF ALAMEDA

Dated: August 25, 2026

LAW OFFICES OF SHAWN A. MCMILLAN
By:*<u>/S/Shawn A. McMillan</u>*
Shawn A. McMillan
Stephen D. Daner
Attorneys for Plaintiff
V.P., ANTONIO·PANTOJA-COBIAN,
and CARLOTA GARCIA-PACHUCA

Dated: 08/27/2026

Redwood Public Law
By:<u>/S/ Erica C. Gonzalez</u>
Erica C. Gonzalez, Esq.
Counsel for Third Party, The City of Union City

**IT IS SO ORDERED:**

Date: <u>August 31, 2026</u>

JUDGE: